UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Ronald Maddox and Wilhemina
Maddox, his wife,

      Plaintiffs,                               Case No. 04-73478

v.                                                Hon. Nancy G. Edmunds

Aetna Life Insurance Company, et. al.,

      Defendants.
_____/

## ORDER ACCEPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

      This matter has come before the Court on the Magistrate Judge's Report and Recommendation.  Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation.  It is further ordered that Plaintiff's motion for summary judgment is DENIED, Defendants' motion for judgment is hereby GRANTED, and the case is hereby DISMISSED.

      SO ORDERED.

                                      s/Nancy G. Edmunds
                                      Nancy G. Edmunds
                                      United States District Judge

Dated:  May 8, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 8, 2006, by electronic and/or ordinary mail.

                                      s/Carol A. Hemeyer
                                      Case Manager